the findings and conclusions of the district judge as stated in a published opinion, we have carefully examined the record with the cited decisions in mind. This examination leaves us in no doubt that the case presented below, it presents here, a dispute not of law but of fact and that the district judge correctly resolved that dispute and as correctly set down his reasons for doing so. Upon the considerations and for the reasons stated in his opinion, the decree is affirmed.

**PER CURIAM.**

Applicant, now in custody pursuant to a judgment of conviction by a court of the State of California, applies to this court for a writ of habeas corpus. This court has no jurisdiction to entertain the application and it is ordered dismissed. 28 U.S.C. § 2241.

**Richard JENSEN, Applicant,**

v.

**H. O. TEETS, Warden, California State Prison, San Quentin, California, Respondent.**

**Misc. No. 416.**

United States Court of Appeals, Ninth Circuit.

Feb. 9, 1955.

**In the Matter of the Application for a Writ of Habeas Corpus of Ben F. MASON, Appellant,**

v.

**John R. CRANOR, Superintendent of the Washington State Penitentiary at Walla Walla, Washington, Appellee.**

**No. 14597.**

United States Court of Appeals, Ninth Circuit.

Feb. 7, 1955.

Richard Jensen, in pro. per.

Before DENMAN, Chief Judge, and HEALY and BONE, Circuit Judges.

Ben F. Mason, in pro. per.

Don Eastvold, Atty. Gen., for appellee.